No. 123, Misc. McMURRIN *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *Thos. H. Dent* for petitioner. *Price Daniel,* Attorney General of Texas, for respondent.

No. 511, October Term, 1950. SICKMAN, EXECUTRIX, ET AL. *v.* UNITED STATES, 341 U. S. 939. Motion for leave to file a second petition for rehearing denied.

No. 115. WEISS *v.* UNITED STATES, *ante,* p. 820;
No. 130. GEORGIA *v.* WENGER, *ante,* p. 822;
No. 164. SIGURJONNSON ET AL. *v.* TRANS-AMERICAN TRADERS, INC., *ante,* p. 831; and
No. 19, Misc. SEVERA *v.* NEW JERSEY, *ante,* p. 806. The petitions for rehearing in these cases are severally denied.

NOVEMBER 13, 1951.

No. 371. CITY OF NEWARK *v.* NEW JERSEY TURNPIKE AUTHORITY ET AL. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Charles Handler* for appellant. *Ward J. Herbert* for appellees.

No. ——, Original. TEXAS *v.* NEW MEXICO ET AL. A rule is ordered to issue, returnable within 30 days, requiring the defendants to show cause why leave to file the complaint should not be granted.. *Price Daniel,* Attorney General of Texas, for plaintiff.